UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-11470-RGS

LAUREN GREENE

v.

MASSACHUSETTS GENERAL HOSPITAL, SALEM NORTHSHORE MEDICAL, JESSICA RANFORD, HARVARD MCLEAN HOSPITAL, SEAN MCGUIGAN, MENTAL HEALTH LEGAL ADVISORS COMMITTEE, DOCTOR ZAINA CHEMALI, JUDGE WILLIAM FITZPATRICK, STATE OF MASSACHUSETTS BOARD HEALTH, and GOVERNOR CHARLES BAKER

ORDER

August 16, 2019

On July 3, 2019, *pro se* plaintiff Laureen Greene, a self-described homeless individual with a temporary mailing address in Washington, D.C., filed a complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs.

On July 8, 2019, Greene's Application to Proceed in District Court Without Prepaying Fees or Costs was denied without prejudice. Greene was granted 21 days either to pay the filing fee or file a renewed Application to Proceed in District Court Without Prepaying Fees or Costs.

To date, Greene has not responded to the court's order and the time to do so has expired. It is a long-established principle that this court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute

her action and her failure to follow the court's orders. Fed. R. Civ. P. 41(b). Here, dismissal is appropriate because without plaintiff's active participation, the court cannot effect the advancement of the case to a resolution on the merits.

Accordingly, for the failure to comply with the July 8, 2019 Order, this action is hereby dismissed without prejudice.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE