UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-11470-RGS

LAUREN GREENE

v.

MASSACHUSETTS GENERAL HOSPITAL, SALEM NORTHSHORE MEDICAL, JESSICA RANFORD, HARVARD MCLEAN HOSPITAL, SEAN MCGUIGAN, MENTAL HEALTH LEGAL ADVISORS COMMITTEE, DOCTOR ZAINA CHEMALI, JUDGE WILLIAM FITZPATRICK, STATE OF MASSACHUSETTS BOARD HEALTH, and GOVERNOR CHARLES BAKER

ORDER

November 18, 2019

Now before the Court is *pro se* plaintiff Lauren Greene's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). On August 16, 2019, this action was dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for plaintiff's failure to prosecute.

The Court cannot entertain Greene's Application because this case is closed. Because Greene indicates that she is now at McLean Hospital, the Clerk shall send a copy of this Order to Greene c/o McLean Hospital, 115 Mill Street, Belmont, MA 02478.

                              SO ORDERED.

                              /s/Richard G. Stearns
                              UNITED STATES DISTRICT JUDGE